**Richard Thomas FOX, Plaintiff—Appellant,**

v.

**COMMISSIONER OF SOCIAL SECURITY, Defendant–Appellee.**

No. 07–15719.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 15, 2008.

James Hunt Miller, Esq., Oakland, CA, for Plaintiff–Appellant.

Sara Winslow, Esq., Office of the U.S. Attorney, Peter K. Thompson, Gov., Social Security Administration, Office of the General Counsel, San Francisco, CA, for Defendant–Appellee.

Before: PREGERSON, McKEOWN and N.R. SMITH, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

The joint motion for attorneys' fees pursuant to the Equal Access to Justice Act is granted. *See* 28 U.S.C. § 2412(d). Attorneys' fees in the amount of $3,550.00 are awarded in favor of appellant. *See* 9th Cir. R. 39–1.6; 9th Cir. Gen. Ord. 6.3(a) & App. A, ¶ 50.

The joint motion for a full remand is granted, and the district court's judgment entered January 25, 2007 is vacated and remanded.

Pursuant to sentence four of 42 U.S.C. § 405(g), the district court shall remand the case to the Commissioner of Social Security for further administrative proceedings.

**VACATED and REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.